UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID GIBSON,<br><br>        Plaintiff,<br><br>  -against-<br><br>WARDEN JOHN DOE, ET AL.,<br><br>        Defendants. | 2 CIVIL 9474 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the August 13, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

  SO ORDERED.

Dated: August 14, 2025

  New York, New York

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                Chief United States District Judge